■ DONALD M. HADYK et al., Individually and Doing Business as IN VITRO BIOANALYTIC SYSTEMS, Appellants, v JOHN G. BABISH, Respondent, et al., Defendants. (Appeal No. 2.) [743 NYS2d 753] —Appeal from a judgment of Supreme Court, Onondaga County (Stone, J.), entered March 23, 2001, which granted defendant John G. Babish judgment against plaintiffs and awarded him costs and disbursements in the amount of $6,945.58.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Stone, J. Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.

■ DONALD M. HADYK et al., Individually and Doing Business as IN VITRO BIOANALYTIC SYSTEMS, Appellants, v JOHN G. BABISH et al., Defendants, and PARACELSIAN, INC., Respondent. (Appeal No. 3.) [743 NYS2d 753] —Appeal from a judgment of Supreme Court, Onondaga County (Stone, J.), entered April 11, 2001, which granted defendant Paracelsian, Inc. judgment against plaintiffs and awarded it costs and disbursements in the amount of $5,276.61.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Stone, J. Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.